# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTOR TAGLE,
        Appellant,
vs.
THE STATE OF NEVADA; NDOC;
DIRECTOR EMPLOYEES; CALDWELL;
C. ROWLEY; AND WARDEN RENEE
BAKER,
        Respondents.

No. 71746

**FILED**

DEC 02 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order dismissing a number of miscellaneous outstanding motions.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order designated in the notice of appeal is not a final judgment and is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order resolving "Motion to Schedule Hearing on the Above Stated Case, and Transport and/or Video Conference; Request for Seal/Embossed of Summons for Defendants Added to the Case!: Motion for Request the Intervention of Proper Authorities, to Investigate Latest, Crime/Abuse From: NDOC and A,G.'s Office Personnel; Request, to File, Unfair Sanction on Threats Received by the Plaintiff, (Veiled), Against His Children if: 'Plaintiff Continues with his Bullshit Lawsuits, He'll Be Sorry!' (Informants' Words, Said to Plaintiff, Within Last 10-15 Days!.); '2nd' Immediate Request for Intervention of Proper Authorities (No I.6's)

to Investigate the 'Never Ending' Obuse from NDOC & A.G.'s Offices Personnel!; Motion to Set Case for Hearing/Trial!: and Motion, to Request from this Honorable Court, the Acknowledge of the Fraudlent Activities Of Defendants [sic]." We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____ , J.
Cherry

_____ , J.
Douglas

_____ , J.
Gibbons

cc:     Hon. Gary Fairman, District Judge
        Victor Tagle
        White Pine County Clerk